WESTERN UNION TELEGRAPH COMPANY *v.* STATE OF GEORGIA.

EVANS, P. J. The ruling in the case of *Western Union Telegraph Company* v. *Western and Atlantic Railroad Company*, this day decided, is controlling in this case. *Judgment affirmed. All the Justices concur.*
SEPTEMBER 30, 1914.

Injunction. Before Judge Bell. Fulton superior court. September 30, 1913.

*Dorsey, Brewster, Howell & Heyman,* for plaintiff in error.
*Thomas S. Felder, attorney-general,* contra.